

FILED

AUG 8 2012

CLERK, US DISTRICT COURT
NORFOLK, VA

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

WILLARD C. HUDSON, #08047-084,

    Petitioner,

v.                                          ACTION NO. 2:11cv534

ERIC WILSON, Warden,

    Respondent.

## FINAL ORDER

Petitioner, a federal prisoner sentenced in the United States District Court for the Western District of Virginia, submitted a *pro se* petition, pursuant to 28 U.S.C. § 2241 asserting that the Federal Bureau of Prisons improperly failed to credit him with 472 days of jail time, representing the period between August 13, 1998 and November 29, 1999. The petition was referred to a United States Magistrate Judge for report and recommendation pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and (C) and Local Civil Rule 72 of the Rules of the United States District Court for the Eastern District of Virginia. The Magistrate Judge's Report and Recommendation filed May 31, 2012, recommends dismissal of the petition on the merits. ECF No. 15. The Court has received no objections to the Report and Recommendation, and the time for filing objections has expired.

The Court does hereby accept the findings and recommendations set forth in the Report and Recommendation, filed May 31, 2012, and it is therefore ORDERED that Respondent's Motion to Dismiss be GRANTED, ECF Nos. 8 & 9, and that the petition be DENIED and

DISMISSED with prejudice. It is further ORDERED that judgment be entered in favor of Respondent.

Petitioner may appeal from the judgment entered pursuant to this Final Order by filing a <u>written</u> notice of appeal with the Clerk of this court, United States Courthouse, 600 Granby Street, Norfolk, Virginia 23510, within 60 days from the date of entry of such judgment.

The Clerk shall mail a copy of this Final Order to Petitioner and to counsel of record for Respondent.

/s/ Mark S. Davis
Mark S. Davis
UNITED STATES DISTRICT JUDGE

Norfolk, Virginia
~~July     , 2012~~
August 7, 2012